IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00550-GPG

ANTHONY SMITH,

    Plaintiff,

v.

SPRINT/UNITED MANAGEMENT COMPANY,
LINDSEY MASON,

    Defendant.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn to a presiding judge and, if appropriate, to a magistrate judge.  *See* D.C.COLO.LCivR 8.1(c).  Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate judge.

DATED March 24, 2015, at Denver, Colorado.

                              BY THE COURT:

                              s/ Gordon P. Gallagher
                              United States Magistrate Judge