**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00550-WJM-NYW

ANTHONY SMITH,

     Plaintiff,

v.

SPRINT/UNITED MANAGEMENT COMPANY, and
LINDSEY MASON,

     Defendants.

---

### ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE

---

     IT IS ORDERED that a Scheduling Conference is set for **May 19, 2015 at 10:15 a.m.**, in Courtroom C-205, 2d Floor, Byron G. Rogers United State Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

     A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov. The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference.

DATED: April 20, 2015

                                                BY THE COURT:

                                                s/Nina Y. Wang_____
                                                United States Magistrate Judge